UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-33153 |
|---|---|---|
| RUSSELL W. SWANSON, | ) ) ) ) ) ) | Chapter: 7 Honorable A. Benjamin Goldgar Lake County |
| Debtor(s) | ) | |

## ORDER EXTENDING TIME FOR GENE CLARKE AND DARRYL SMITH TO OBJECT TO THE DISCHARGEABILITY OF DEBTS

THIS MATTER COMING TO BE HEARD upon the fifteenth routine motion (the "Motion") of Gene Clarke and Darryl Smith (the "Claimants") to extend time to object to the dischargeability of debts, pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; the Claimants having given due and proper notice of the Motion on all parties entitled thereto; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The date by which Claimants may file an objection to the dischargeability of debts is hereby extended through and including January 27, 2017.

*Final extension.*

Enter:

Dated: DEC 09 2016

United States Bankruptcy Judge

**Prepared by:**
Jeremy C. Kleinman (IL Bar No. 6270080)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jkleinman@fgllp.com

Rev: 20120501_bko